**No. 10-6741. Jose Luis Wong, Petitioner v. United States.**

562 U.S. 1019, 131 S. Ct. 545, 178 L. Ed. 2d 400, 2010 U.S. LEXIS 8357.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 386 Fed. Appx. 927.

**No. 10-6742. Rufus Wright, Petitioner v. United States.**

562 U.S. 1019, 131 S. Ct. 545, 178 L. Ed. 2d 400, 2010 U.S. LEXIS 8367.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-6743. Alvin W. Byrd, Jr., Petitioner v. United States.**

562 U.S. 1019, 131 S. Ct. 545, 178 L. Ed. 2d 400, 2010 U.S. LEXIS 8459,

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 377 Fed. Appx. 374.

**No. 10-6744. Kenneth Bridgewater, Petitioner v. United States.**

562 U.S. 1019, 131 S. Ct. 545, 178 L. Ed. 2d 400, 2010 U.S. LEXIS 8372.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 606 F.3d 258.

**No. 10-6754. Charles W. Hubbard, Petitioner v. United States.**

562 U.S. 1019, 131 S. Ct. 546, 178 L. Ed. 2d 400, 2010 U.S. LEXIS 8338.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 384 Fed. Appx. 931.

**No. 10-6757. Christopher Lamont Sherman, Petitioner v. United States.**

562 U.S. 1019, 131 S. Ct. 546, 178 L. Ed. 2d 400, 2010 U.S. LEXIS 8387.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 393 Fed. Appx. 743.

**No. 10-6760. Jesus Gonzalez, Petitioner v. United States.**

562 U.S. 1019, 131 S. Ct. 546, 178 L. Ed. 2d 400, 2010 U.S. LEXIS 8399.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 609 F.3d 13.

**No. 10-6761. Rafael Fernandez-Roque, Petitioner v. United States.**

562 U.S. 1019, 131 S. Ct. 546, 178 L. Ed. 2d 400, 2010 U.S. LEXIS 8411.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 617 F.3d 565.